UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joseph A. Ligotti, Jr.

    v.                    Civil No. 08-119-JL

David Garofalo

**O R D E R**

The hearing on the parties' cross-motions for temporary restraining orders and preliminary injunctions was held April 3, 2008.

On or before April 17, 2008, the parties shall submit briefs on the issue of ownership of the mark under the standards set forth in Bell v. Streetwise Records, Ltd., 640 F.Supp. 575 (D.Mass. 1996). The briefs shall not exceed 25 pages in length, not including any accompanying affidavits or exhibits.

The briefs may, but are not required to, be accompanied by a separate filing setting forth proposed findings of fact and rulings of law.

    **SO ORDERED.**

                                      /s/ Joe Laplante
                                      Joseph N. Laplante
                                      United States District Judge

Dated: April 4, 2008

cc: Eric M. Sommers, Esq.
    Mark C. Rouvalis, Esq.
    Daniel Will, Esq.