UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Joseph A. Ligotti, Jr.</u>

    v.                    Civil No. 08-cv-119-JL

<u>David Garofalo</u>

### O R D E R

Pursuant to this court's orders of October 9 and October 31, 2008, this case is administratively closed. The preliminary injunction entered on June 26, 2008, shall remain in effect. This court retains jurisdiction over this case for purposes of enforcing the injunction. If either party wishes to reopen the case, he shall file a notice to that effect with this court.

Notice of this order is herewith provided to David M. Nickless, Esq., as trustee of the plaintiff's bankruptcy estate. <u>See</u> <u>In re Ligotti</u>, No. 08-43095 (Bankr. D. Mass. 2008).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  December 11, 2008

cc:  Joseph A. Ligotti, Jr., pro se
     Donald L. Smith, Esq.
     Daniel E. Will, Esq.
     David M. Nickless, Esq.